UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HOLDING COMPANY OF THE VILLAGES,
INC., a Florida corporation,

                    Plaintiff,

v.                                                      Case No.  5:11-cv-631-Oc-37PRL

POWER CORPORATION, a Florida
corporation,

                    Defendant.
_____

**ORDER**

Pending before the Court is the parties' Joint Motion For Extension (Doc. 37). The parties represent that they have been engaged in meaningful settlement negotiations, however, Mark Morse, President of the Plaintiff corporation is scheduled to be out of the country from June 26, 2012 through July 23, 2012, and the parties cannot reach a final settlement until he returns.  Accordingly, the parties request a 60-day extension of the deadlines for expert disclosures, discovery and mediation to allow for a potential resolution of this matter, and in the event such efforts fail, to provide adequate time to complete discovery and mediation.  The parties agree that the requested extensions will not affect the dispositive motions deadline or the trial date. The parties further agree that any discovery conducted after the dispositive motions deadline will not be available for summary judgment purposes.

Upon due consideration, the parties' Joint Motion For Extension (Doc. 37) is

**GRANTED**.  The following deadlines shall apply:

| Disclosure of Expert Reports | Plaintiff:<br>Defendant: | October 2, 2012<br>October 30, 2012 |
|---|---|---|
| Discovery Deadline | | December 18, 2012 |
| Mediation Deadline | | December 30, 2012 |

All other deadlines established by the Case Management and Scheduling Order (Doc.

36) remain unchanged.

**DONE AND ORDERED** in Ocala, Florida, on July 10, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:
    All Counsel